

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00597-CV

Jason **STAPLETON**,
Appellant

v.

**NAADE HOMES, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023CV01712
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:　　Beth Watkins, Justice
　　　　　　Liza A. Rodriguez, Justice
　　　　　　Lori I. Valenzuela, Justice

Delivered and Filed: September 27, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due August 7, 2023 and was not filed. On August 21, 2023, we ordered appellant to file, by September 5, 2023: (1) his brief; and (2) a written response reasonably explaining his failure to timely file a brief. In our order, we cautioned the appellant that if he failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM